People v Roberts (2024 NY Slip Op 03232)

People v Roberts

2024 NY Slip Op 03232

Decided on June 13, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 13, 2024

Before: Oing, J.P., Friedman, Scarpulla, Shulman, Higgitt, JJ. 

Ind. No. 2743/17 Appeal No. 2495 Case No. 2019-3853 

[*1]The People of the State of New York, Respondent,
v
Paris Roberts, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Samuel Claflin of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Jamie Masten of counsel), for respondent.

Judgment, Supreme Court, New York County (Edwina Richardson, J., at plea; Gayle P. Roberts, J., at sentencing), rendered March 1, 2019, convicting defendant of attempted assault in the first degree, and sentencing him to a term of 3½ years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed on defendant at sentencing, and otherwise affirmed.
The court providently exercised its discretion in denying youthful offender treatment (see generally People v Drayton, 39 NY2d 580 [1976]), given the seriousness of the underlying crime, in which defendant repeatedly stabbed the victim in the leg during an attack on the victim with others. Further, defendant failed to comply with the conditions of his plea agreement, and was rearrested and indicted for additional serious crimes pending sentencing. We perceive no basis to substitute a youthful offender adjudication in the interest of justice.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 13, 2024